HENRY R. RICCI AND NEW JERSEY ELECTION LAW
ENFORCEMENT COMMISSION v. SENIOR CITIZENS &
TAXPAYERS FED UP WITH BYRNE DEMOCRATS.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RAY B. FOSTER AND ROBERT
W. EPP.

February 26, 1980.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF T. W.

February 26, 1980.

Petition for certification denied.